**United States Bankruptcy Court**
**District of Arizona**

In re  **JOSHUA C DAILEY**
**CHRISTY R DAILEY**
Debtor(s)

Case No.
Chapter **7**

# Declaration of Evidence of Employers' Payments Within 60 Days

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

☐ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

■ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: __9,240.00__ .

Debtor, __JOSHUA C DAILEY__ , declares the foregoing to be true and correct under penalty of perjury.

☐ Attached hereto are copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the petition;

■ Debtor has received no payment advices, pay stubs or other evidence of payment from any employer within 60 days prior to the filing of the petition; or

☐ Debtor has received the following payments from employers within 60 days prior to the filing of the petition: _____ .

Debtor, __CHRISTY R DAILEY__ , declares the foregoing to be true and correct under penalty of perjury.

Date **May 12, 2010**    Signature **/s/ JOSHUA C DAILEY**
**JOSHUA C DAILEY**
Debtor

Date **May 12, 2010**    Signature **/s/ CHRISTY R DAILEY**
**CHRISTY R DAILEY**
Joint Debtor

If attaching pay stubs or other payment advices, it is your responsibility to redact (black out) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching them to this document.

## Check Image

Item Reference: 5335 · Amount: $1,540.00



Check Image

Page 1 of 1

## Check Image

Item Reference: 5368

Amount: $1,540.00



## Check Image

Item Reference: 5413  Amount: $1,540.00



## Check Image

Item Reference: 5448            Amount: $1,540.00





Check Image

Item Reference: 5549                                                         Amount: $1,540.00



Check Image                                                                  Page 1 of 1